UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 2:11-00001-5<br>) William J. Haynes, Jr.<br>) Chief Judge, U.S. District Court |
| TIMOTHY JAMES NEILL, JR. | )<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

Timothy James Neill, Jr., through counsel, moves to extend the time for filing a motion pursuant to Fed. R. Crim. P. 36. As noted in his first motion for a continuance, Mr. Neill has already pled guilty and been sentenced in the above-styled case. Counsel has, therefore, interpreted the Court's order of February 7, 2014, as setting a deadline for filing a motion under Rule 36 of the Federal Rules of Criminal Procedure. Undersigned counsel has met with Mr. Neill, but needs another brief continuance to further discuss with him the basis for a Rule 36 motion in his case.

**WHEREFORE**, Mr. Neill respectfully requests that the Court grant an additional extension of 30 days, making the new deadline **Friday, May 9, 2014**, for filing a motion under Fed. R. Crim. P. 36.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

[Handwritten notation: This motion is granted. W[illiam J. Haynes, Jr.] 4/10/14]