UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:11-00001-5 |
| | ) William J. Haynes, Jr. |
| | ) Chief Judge, U.S. District Court |
| TIMOTHY JAMES NEILL, JR. | ) |

## MOTION FOR EXTENSION OF TIME

Timothy James Neill, Jr., through counsel, moves to extend the time for filing a motion pursuant to Fed. R. Crim. P. 36. As noted in his first motion for a continuance, Mr. Neill has already pled guilty and been sentenced in the above-styled case. Mr. Neil has two distinct actions before the court. Counsel needs additional time to discuss the various options from both actions with Mr. Neil before filing. Currently, there is a deadline set for June 20, 2014, in Case 2:14-cv-0013, which is the habeas. Counsel requests that the Court merge the deadlines.

**WHEREFORE**, Mr. Neill respectfully requests that the Court grant an additional extension making the new deadline **Friday, June 20, 2014**, for filing a motion under Fed. R. Crim. P. 36.

Respectfully submitted,

s/ Dumaka Shabazz
DUMAKA SHABAZZ
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047