UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 2:11-00001-5 |
| v. ) | |
| ) | Chief Judge Haynes |
| TIMOTHY JAMES NEILL, JR. ) | |

**MOTION FOR EXTENSION OF TIME**

*[Handwritten annotation: This motion is Granted. /s/ [Judge] 7-23-14]*

The United States, through United States Attorney David Rivera and Assistant United States Attorney Brent A. Hannafan, hereby requests an extension of time to respond to the defendant's Motion to Correct Judgment (the "Motion") (Docket No. 506), until August 5, 2014.

Defendant's Motion requests this Court amend its judgment of 92 months. It was filed on July 7, 2014. The primary basis for the Motion is what occurred during defendant's sentencing hearing.

Defendant is simultaneously pursuing a Section 2255 motion in Case No. 2:14-cv-00013. The amended complaint in that case was also filed on July 7, 2014. It too raises several issues regarding the sentencing hearing.

In order to be more efficient in terms of preparing a responses to both motions simultaneously, the United States respectfully requests an additional 14 days to file its response to the Motion. Defendant's counsel, Dumaka Shabazz, has advised the undersigned that the defendant does not object to the requested extension.

WHEREFORE, the United States therefore respectfully requests an extension of time to file its response to the Motion, until August 5, 2014.